ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Plaintiff/Counter-Defendant
Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>DESERT CANYON HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:17-cv-00663-MMD-NJK<br><br>**STIPULATION AN ORDER TO EXTEND TIME TO FILE JOINT STATUS REPORT PURSUANT TO COURT'S DECEMBER 26, 2017 ORDER [ECF NO. 102]** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counterclaimant/Cross-Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; BAYVIEW LOAN SERVICING, LLC; TIMOTHY GOERING, an individual; ADRIAN GOERING, an individual,<br><br>Counter-Defendant/Cross-Defendants. | |

1

42348805;146014562;146014562;1

Plaintiff/counter-defendant Bank of America, N.A. (**BANA**), defendant Desert Canyon Homeowners Association, defendant/counterclaimant/cross-claimant SFR Investments Pool 1, LLC, cross-defendant Bayview Loan Servicing, LLC, and defendant Absolute Collection Services, LLC (**ACS**), pursuant to Rule 6(b) and L.R. IA-6-1 and L.R. 26-4, stipulate and move the court for a fourteen-day extension of time to file a status report pursuant to the court's January 5, 2018 order, ECF No. 76:

1. On January 5, 2018, this court stayed this case and denied all pending motions without prejudice pending the Nevada Supreme Court resolving the certified question in *SFR Invs. Pool 1, LLC v. The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-6*, Case No. 72931. (ECF No. 76.) The court directed the parties to file a status report within five days of the Nevada Supreme Court answering the certified question. (*Id.*)

2. The Nevada Supreme Court answered the certified question on August 2, 2018. *SFR Invs. Pool 1, LLC*, No. 72931, 2018 WL 3655608, at *1 (Nev. Aug. 2, 2018). The parties' joint status report is due August 7, 2018 as a result. (*See* ECF No. 76.)

3. Good cause exists to extend the parties' deadline to file a status report by fourteen days, from August 7, 2018 to August 21, 2018. Counsel for the parties are counsel of record for dozens of cases pending in this court requiring a status report by August 7, 2018, and they require additional time to confer with opposing counsel and prepare a report outlining the parties' respective positions on the current status and future trajectory of this case in light of the Nevada Supreme Court's ruling.

4. This is the parties' first request for an extension and is not intended for the purpose of delay or prejudicing any party.

///
///
///
///
///
///

1    BANA, SFR, HOA, Bayview, Desert Canyon, and ACS respectfully request the court extend the parties' deadline to file a joint status report pursuant to the court's January 5, 2018 order, ECF No. 76, to August 21, 2018, and grant such other and further relief as the court deems proper.

Dated this 7th day of August, 2018.

**AKERMAN LLP**

*/s/ Scott Lachman*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Bank of America, N.A.
And Bayview Loan Servicing, LLC*

Dated this 7th day of August, 2018.

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

Dated this 7th day of August, 2018

**LEACH JOHNSON SONG & GRUCHOW**

*/s/ Ryan Hastings*
SEAN L ANDERSON, ESQ.
Nevada Bar No. 7259
RYAN D. HASTINGS, ESQ.
Nevada Bar No. 12394
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148

*Attorneys for Desert Canyon Homeowners Association*

Dated this 7th day of August, 2018.

**ABSOLUTE COLLECTION SERVICES, LLC**

*/s/ Shane D. Cox*
SHANE D. COX, ESQ.
Nevada Bar No. 13852
Absolute Collection Services, LLC
7485 W Azure, Ste 129
Las Vegas NV 89130

*Attorney for Absolute Collection Services, LLC*

**ORDER**

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT COURT JUDGE**

DATED: August 8, 2018

3