ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
SCOTT. R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: darren.brenner@akerman.com
Email: scott.lachman@akerman.com
*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>DESERT CANYON HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:17-cv-00663-MMD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTIONS DEADLINE**<br><br>**[FIRST REQUEST]** |

Plaintiff Bank of America, N.A. (**BANA**); and defendants Desert Canyon Homeowners' Association (**Desert Canyon**), SFR Investments Pool 1, LLC (**SFR**), and Absolute Collection Services, LLC (**ACS**) stipulate to extend the dispositive motions deadline until **September 25, 2018**:

1. On January 5, 2018, this court stayed this case and denied all pending motions without prejudice pending the Nevada Supreme Court resolving the certified question in *SFR Invs. Pool 1, LLC v. The Bank of New York Mellon*, Case No. 72931 (the **certified question**). (ECF No. 76.) The court ordered all pending motions may be re-filed within 30 days from the decision. (*Id.*)

2. The Nevada Supreme Court answered the certified question on August 2, 2018. *SFR Invs. Pool 1, LLC*, 2018 WL 3655608, at *1 (Nev. Aug. 2, 2018). The parties understand the dispositive motions deadline is September 4, 2018. (ECF Nos. 76, 81.) The parties intend to file summary judgment motions, but do not intend to re-file the same briefing they previously filed in light

1

46160304;1 / 46204886;1

of the recent ruling in the certified question case. To allow time to update their briefing, and in light of the numerous cases counsel for the parties have with dispositive motions, the parties stipulate to extend the summary judgment deadline for **September 25, 2018**.

    3.    This is the parties' first request to extend the dispositive motions deadline, and is not made to cause delay or prejudice to any party.

Dated this 27th day of August, 2018.

**AKERMAN LLP**

*/s/ Scott Lachman*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for Bank of America, N.A.*

Dated this 27th day of August, 2018

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

Dated this 27th day of August, 2018.

**LEACH JOHNSON SONG & GRUCHOW**

*/s/ Ryan Hastings*
SEAN L ANDERSON, ESQ.
Nevada Bar No. 7259
RYAN D. HASTINGS, ESQ.
Nevada Bar No. 12394
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148
*Attorneys for Desert Canyon Homeowners Association*

Dated this 27th day of August, 2018

**ABSOLUTE COLLECTION SERVICES, LLC**

*/s/ Shane D. Cox*
SHANE D. COX, ESQ.
Nevada Bar No. 13852
Absolute Collection Services, LLC
7485 W Azure, Ste 129
Las Vegas NV 89130
*Attorney for Absolute Collection Services, LLC*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: August 27, 2018

46160304;1 / 46204886;1