ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
SCOTT. R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: darren.brenner@akerman.com
Email: scott.lachman@akerman.com
*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> DESERT CANYON HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ABSOLUTE COLLECTION SERVICES, LLC, <br><br> Defendants. | Case No.: 2:17-cv-00663-MMD-NJK <br><br> **STIPULATION AND ORDER TO EXTEND REPLY SUPPORTING SUMMARY JUDGMENT DEADLINE** <br><br> **[FIRST REQUEST]** |

Bank of America, N.A., Desert Canyon Homeowners' Association, SFR Investments Pool 1, LLC, and Absolute Collection Services, LLC stipulate to extend the deadline to file replies supporting summary judgment motions until **Tuesday, November 6, 2018**. (ECF Nos. 86, 89, 90). The current deadline is Tuesday, October 30, 2018. This stipulation is made due to the number of replies in similar HOA foreclosure cases that are due in the same time period. These HOA foreclosure cases all came off stay at the same time when the Nevada Supreme Court resolved the certified question in in *SFR Investments Pool 1, LLC v. The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-6*, Case No. 72931.

1

46160304;1 /
46781773;1

1  This is the parties' first request to extend the reply deadline, and is not made to cause delay or prejudice
2  to any party.

    Dated this 24th day of October, 2018.        Dated this 24th day of October, 2018.

**AKERMAN LLP**        **LEACH KERN GRUCHOW ANDERSON SONG**

*/s/ Scott Lachman*        */s/ Ryan Hastings*
ARIEL E. STERN, ESQ.        SEAN L ANDERSON, ESQ.
Nevada Bar No. 8276        Nevada Bar No. 7259
SCOTT R. LACHMAN, ESQ.        RYAN D. HASTINGS, ESQ.
Nevada Bar No. 12016        Nevada Bar No. 12394
1635 Village Center Circle, Suite 200        8945 West Russell Road, Suite 330
Las Vegas, NV 89134        Las Vegas, Nevada 89148
*Attorneys for Bank of America, N.A.*        *Attorneys for Desert Canyon Homeowners Association*

Dated this 24th day of October, 2018

**KIM GILBERT EBRON**        Dated this 24th day of October, 2018

**ABSOLUTE COLLECTION SERVICES, LLC**

*/s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.        */s/ Shane D. Cox*
Nevada Bar No. 10580        SHANE D. COX, ESQ.
JACQUELINE A. GILBERT, ESQ.        Nevada Bar No. 13852
Nevada Bar No. 10593        Absolute Collection Services, LLC
KAREN L. HANKS, ESQ.        7485 W Azure, Ste 129
Nevada Bar No. 9578        Las Vegas NV 89130
7625 Dean Martin Drive, Suite 110        *Attorney for Absolute Collection Services, LLC*
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

## **ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 25, 2018

2

46160304;1 /
46781773;1